UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **DONNY L. LESTER** | **CIVIL ACTION NO. 12-2938-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **WARDEN SUMLIN, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and noting the lack of written objections filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the motion for preliminary injunction (Record Document 6) is **DENIED** as moot.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 6th day of September 2013.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE