Case 5:12-cv-02938-DEW-MLH   Document 20   Filed 09/30/14   Page 1 of 1 PageID #: 59

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 30 2014

TONY R. MOORE, CLERK
BY _____ DEPUTY

| | |
|---|---|
| DONNY L. LESTER | CIVIL ACTION NO. 12-2938-P |
| VERSUS | JUDGE DONALD E. WALTER |
| WARDEN SUMLIN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation [Doc. #18] of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and noting the lack of written objections filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the complaint be **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 30 day of September 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE